# Earnings Statement

**ADP**

*SUPERIOR WASHER & GASKET CORP.*
*170 ADAMS AVE., P.O. BOX 407*
*HAUPPAUGE, NY 11788*
*CO PH NUMBER 631-273-8282*

| | |
|---|---|
| Period Beginning: | 10/14/2017 |
| Period Ending: | 10/20/2017 |
| Pay Date: | 10/26/2017 |

**MICHAEL T SMITH**

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 13,702.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 13,882.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 941.59 |
| | Social Security Tax | -22.32 | 860.72 |
| | Medicare Tax | -5.22 | 201.30 |
| | SC State Income Tax | -38.91 | 1,363.01 |
| | **Other** | | |
| | Insurance | -0.60 | 24.00 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
  SC:    Single
Exemptions/Allowances:
  SC:    0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000430079 |
| Pay date: | 10/26/2017 |

**THIS IS NOT A CHECK**

Deposited to the account of
MICHAEL T SMITH

| account number | transit ABA | amount |
|---|---|---|
| xxxxx4511 | xxxx xxxx | $272.95 |

## NON-NEGOTIABLE

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

## Earnings Statement

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 09/30/2017 |
| Period Ending: | 10/06/2017 |
| Pay Date: | 10/12/2017 |

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 12,982.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 13,162.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 901.59 |
| | Social Security Tax | -22.32 | 816.08 |
| | Medicare Tax | -5.22 | 190.86 |
| | SC State Income Tax | -38.91 | 1,285.19 |
| | **Other** | | |
| | Insurance | -0.60 | 22.80 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
  SC:    Single
Exemptions/Allowances:
  SC:    0,$20 Additional Tax

© 1998, 2006, ADP, LLC   All Rights Reserved

▼ TEAR HERE

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number:    00000410078
Pay date:    10/12/2017

**THIS IS NOT A CHECK**

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXX4511 | XXXX XXXX | $272.95 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement **ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|-----|------|-------|-------|-----------|-----|
| 71 | 055098 | db | 116 | X5009-D9 | 1 |

*SUPERIOR WASHER & GASKET CORP.*
*170 ADAMS AVE., P.O. BOX 407*
*HAUPPAUGE, NY 11788*
*CO PH NUMBER 631-273-8282*

| | | |
|---|---|---|
| Period Beginning: | 10/07/2017 |
| Period Ending: | 10/13/2017 |
| Pay Date: | 10/19/2017 |

**MICHAEL T SMITH**

Taxable Marital Status:
Federal:       Married

Exemptions/Allowances:
Federal:       9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 24.00 | 360.00 | 13,342.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 13,522.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -20.00 | 921.59 |
| | Social Security Tax | -22.32 | 838.40 |
| | Medicare Tax | -5.22 | 196.08 |
| | SC State Income Tax | -38.91 | 1,324.10 |
| | **Other** | | |
| | Insurance | -0.60 | 23.40 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
SC:       Single
Exemptions/Allowances:
SC:       0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved.

▲ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

*SUPERIOR WASHER & GASKET CORP.*
*170 ADAMS AVE., P.O. BOX 407*
*HAUPPAUGE, NY 11788*
*CO PH NUMBER 631-273-8282*

| Advice number: | 00000420079 |
|----------------|-------------|
| Pay date: | 10/19/2017 |

Deposited to the account of
MICHAEL T SMITH

| account number | transit ABA | amount |
|----------------|-------------|--------|
| XXXXXX4511 | XXXX XXXX | $272.95 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Period Beginning: 09/23/2017
Period Ending: 09/29/2017
Pay Date: 10/05/2017

Taxable Marital Status:
Federal:        Married

**MICHAEL T SMITH**

Exemptions/Allowances:
Federal:        9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 12,622.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 12,802.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 881.59 |
| | Social Security Tax | -22.32 | 793.76 |
| | Medicare Tax | -5.22 | 185.64 |
| | SC State Income Tax | -38.91 | 1,246.28 |
| | **Other** | | |
| | Insurance | -0.60 | 22.20 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
SC:        Single
Exemptions/Allowances:
SC:        0,$20 Additional Tax

© 1998, 2006 ADP, LLC  All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2000 ADP, LLC

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number:        00000400077
Pay date:        10/05/2017

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX4511 | XXXX XXXX | $272.95 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement **ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 09/16/2017 |
| Period Ending: | 09/22/2017 |
| Pay Date: | 09/28/2017 |

Taxable Marital Status:
Federal:   Married

**MICHAEL T SMITH**

Exemptions/Allowances:
Federal:   9,$20 Additional Tax

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 15.0000 | 22.00 | 330.00 | | 12,262.50 |
| Holiday | | | | | 180.00 |
| **Gross Pay** | | | **$330.00** | | 12,442.50 |

| Deductions | Statutory | | | | |
|---|---|---|---|---|---|
| | Federal Income Tax | -20.00 | | 861.59 | |
| | Social Security Tax | -20.46 | | 771.44 | |
| | Medicare Tax | -4.79 | | 180.42 | |
| | SC State Income Tax | -36.81 | | 1,207.37 | |
| | **Other** | | | | |
| | Insurance | -0.60 | | 21.60 | |
| | **Net Pay** | **$247.34** | | | |
| | Checking | -247.34 | | | |
| | **Net Check** | **$0.00** | | | |

Your federal taxable wages this period are $330.00

## Additional Tax Withholding Information

Taxable Marital Status:
SC:        Single
Exemptions/Allowances:
SC:        0,$20 Additional Tax

© 1998, 2006 ADP, LLC  All Rights Reserved.

◄ TEAR HERE

© 2000 ADP, LLC

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000390078 |
| Pay date: | 09/28/2017 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL T SMITH | xxxxxx4511 | xxxx  xxxx | $247.34 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 09/02/2017 |
| Period Ending: | 09/08/2017 |
| Pay Date: | 09/14/2017 |

**MICHAEL T SMITH**

Taxable Marital Status:
Federal:        Married

Exemptions/Allowances:
Federal:        9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 11,572.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 11,752.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 821.59 |
| | Social Security Tax | -22.32 | 728.66 |
| | Medicare Tax | -5.22 | 170.41 |
| | SC State Income Tax | -38.91 | 1,131.65 |
| | **Other** | | |
| | Insurance | -0.60 | 20.40 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
SC:        Single
Exemptions/Allowances:
SC:        0,$20 Additional Tax

© 1998, 2006, ADP, LLC  All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000370077 |
| Pay date: | 09/14/2017 |

**THIS IS NOT A CHECK**

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4511 | xxxx xxxx | $272.95 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Earnings Statement**

**ADP**®

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | | |
|---|---|---|
| CO. | FILE | DEPT. CLOCK VCHR. NO. 040 |
| LTW | 100124 203 | 0N50X 0000360077 |

Period Beginning:   08/26/2017
Period Ending:   09/01/2017
Pay Date:   09/07/2017

Taxable Marital Status:
Federal:   Married

Exemptions/Allowances:
Federal:   9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 11,212.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 11,392.50 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -20.00 | | 801.59 |
| | Social Security Tax | -22.32 | | 706.34 |
| | Medicare Tax | -5.22 | | 165.19 |
| | SC State Income Tax | -38.91 | | 1,092.74 |
| | **Other** | | | |
| | Insurance | -0.60 | | 19.80 |
| | **Net Pay** | | **$272.95** | |
| | Checking | -272.95 | | |
| | **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**

Taxable Marital Status:
SC:   Single
Exemptions/Allowances:
SC:   0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved

▲ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number:   00000360077
Pay date:   09/07/2017

**THIS IS NOT A CHECK**

Deposited to the account of
MICHAEL T SMITH

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX4511 | XXXX XXXX | $272.95 |

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

# Earnings Statement

**ADP®**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 08/19/2017 |
| Period Ending: | 08/25/2017 |
| Pay Date: | 08/31/2017 |

Taxable Marital Status:
Federal:       Married

Exemptions/Allowances:
Federal:       9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 10,852.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 11,032.50 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -20.00 | | 781.59 |
| | Social Security Tax | -22.32 | | 684.02 |
| | Medicare Tax | -5.22 | | 159.97 |
| | SC State Income Tax | -38.91 | | 1,053.83 |
| | **Other** | | | |
| | Insurance | -0.60 | | 19.20 |
| | **Net Pay** | **$272.95** | | |
| | Checking | -272.95 | | |
| | **Net Check** | **$0.00** | | |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**

Taxable Marital Status:
SC:       Single
Exemptions/Allowances:
SC:       0,$20 Additional Tax

© 2000 ADP, LLC

ADP®

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Period Beginning: 08/05/2017
Period Ending: 08/11/2017
Pay Date: 08/17/2017

**MICHAEL T SMITH**

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 24.00 | 360.00 | 10,132.50 |
| Holiday |  |  |  | 180.00 |
| Gross Pay |  |  | $360.00 | 10,312.50 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
|  | Federal Income Tax | -20.00 | 741.59 |
|  | Social Security Tax | -22.32 | 639.38 |
|  | Medicare Tax | -5.22 | 149.53 |
|  | SC State Income Tax | -38.91 | 976.01 |
|  | **Other** |  |  |
|  | Insurance | -0.60 | 18.00 |
|  | Net Pay | $272.95 |  |
|  | Checking | -272.95 |  |
|  | Net Check | $0.00 |  |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**

Taxable Marital Status:
  SC:    Single
Exemptions/Allowances:
  SC:    0,$20 Additional Tax

© 1998, 2006 ADP, LLC All Rights Reserved.

TEAR HERE ▼

© 2000 ADP, LLC

# Earnings Statement

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 07/22/2017 |
| Period Ending: | 07/28/2017 |
| Pay Date: | 08/03/2017 |

Taxable Marital Status:
   Federal: Married

**MICHAEL T SMITH**

Exemptions/Allowances:
   Federal: 9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 9,292.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 9,472.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 701.59 |
| | Social Security Tax | -22.32 | 587.30 |
| | Medicare Tax | -5.22 | 137.35 |
| | SC State Income Tax | -38.91 | 889.79 |
| | **Other** | | |
| | Insurance | -0.60 | 16.80 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
  SC: Single
Exemptions/Allowances:
  SC: 0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000310078 |
| Pay date: | 08/03/2017 |

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4511 | xxxx xxxx | $272.95 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.   FILE   DEPT.   CLOCK   VCHR. NO.   040
LTW   100/24 203   GN50X   0000300076   1

# Earnings Statement

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 07/15/2017 |
| Period Ending: | 07/21/2017 |
| Pay Date: | 07/27/2017 |

Taxable Marital Status:
Federal:        Married

Exemptions/Allowances:
Federal:        9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 8,932.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 9,112.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 681.59 |
| | Social Security Tax | -22.32 | 564.98 |
| | Medicare Tax | -5.22 | 132.13 |
| | SC State Income Tax | -38.91 | 850.88 |
| | **Other** | | |
| | Insurance | -0.60 | 16.20 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
SC:        Single
Exemptions/Allowances:
SC:        0,$20 Additional Tax

© 1988, 2006, ADP, LLC  All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE.   P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000300076 |
| Pay date: | 07/27/2017 |

**THIS IS NOT A CHECK**

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4511 | xxxx xxxx | $272.95 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 040 |

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Period Beginning: 07/01/2017
Period Ending: 07/07/2017
Pay Date: 07/13/2017

**MICHAEL T SMITH**

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 12.50 | 187.50 | 8,212.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$187.50** | 8,392.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -20.00 | 641.59 |
| | Social Security Tax | -11.63 | 520.34 |
| | Medicare Tax | -2.72 | 121.69 |
| | SC State Income Tax | -27.01 | 773.06 |
| | **Other** | | |
| | Insurance | -0.60 | 15.00 |
| | **Net Pay** | **$125.54** | |
| | Checking | -125.54 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $187.50

## Additional Tax Withholding Information

Taxable Marital Status:
SC: Single
Exemptions/Allowances:
SC: 0,$20 Additional Tax

© 1999-2000 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number: 00000280077
Pay date: 07/13/2017

Deposited to the account of
MICHAEL T SMITH

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx4511 | xxxx xxxx | $125.54 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Earnings Statement**

ADP

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 07/08/2017 |
| Period Ending: | 07/14/2017 |
| Pay Date: | 07/20/2017 |

Taxable Marital Status:
    Federal:        Married

Exemptions/Allowances:
    Federal:       9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | | 8,572.50 |
| Holiday | | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | | 8,752.50 |

| Deductions | Statutory | | | | |
|---|---|---|---|---|---|
| | Federal Income Tax | -20.00 | | | -661.50 |
| | Social Security Tax | -22.32 | | | 542.66 |
| | Medicare Tax | -5.22 | | | 126.91 |
| | SC State Income Tax | -38.91 | | | 811.97 |
| | **Other** | | | | |
| | Insurance | -0.60 | | | 15.60 |
| | **Net Pay** | **$272.95** | | | |
| | Checking | -272.95 | | | |
| | **Net Check** | **$0.00** | | | |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**

Taxable Marital Status:
    SC:       Single
Exemptions/Allowances:
    SC:       0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

**Earnings Statement**

ADP.

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 06/03/2017 |
| Period Ending: | 06/09/2017 |
| Pay Date: | 06/15/2017 |

Taxable Marital Status:
    Federal:        Married

**MICHAEL T SMITH**

Exemptions/Allowances:
    Federal:        9,$20 Additional Tax

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | | 7,665.00 |
| Holiday | | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | | 7,845.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -20.00 | | 601.59 |
| | Social Security Tax | -22.32 | | 486.39 |
| | Medicare Tax | -5.22 | | 113.75 |
| | SC State Income Tax | -38.91 | | 707.14 |
| | **Other** | | | |
| | Insurance | -0.60 | | 13.80 |
| | **Net Pay** | | | **$272.95** |
| | Checking | -272.95 | | |
| | **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**
Taxable Marital Status:
    SC:             Single
Exemptions/Allowances:
    SC:             0,$20 Additional Tax

© 1998, 2006 ADP, LLC. All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number        00000240075
Pay date             06/15/2017

**THIS IS NOT A CHECK**

Deposited to the account of
MICHAEL T SMITH

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX4511 | XXXX XXXX | $272.95 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Earnings Statement** ADP

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 05/27/2017 |
| Period Ending: | 06/02/2017 |
| Pay Date: | 06/08/2017 |

Taxable Marital Status:
　Federal:　　Married

**MICHAEL T SMITH**

Exemptions/Allowances:
　Federal:　　9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 7,305.00 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 7,485.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 581.59 |
| | Social Security Tax | -22.32 | 464.07 |
| | Medicare Tax | -5.22 | 108.53 |
| | SC State Income Tax | -38.91 | 668.23 |
| | **Other** | | |
| | Insurance | -0.60 | 13.20 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**
Taxable Marital Status:
　SC:　　Single
Exemptions/Allowances:
　SC:　　0,$20 Additional Tax

© 1998, 2006 ADP, LLC All Rights Reserved.

TEAR HERE ▼

© 2000 ADP, LLC

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000230075 |
| Pay date: | 06/08/2017 |

Deposited to the account of
**MICHAEL T SMITH**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4511 | xxxx xxxx | $272.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

■■THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.■■

# Earnings Statement

ADP®

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 05/13/2017 |
| Period Ending: | 05/19/2017 |
| Pay Date: | 05/25/2017 |

Taxable Marital Status:
   Federal:    Married

Exemptions/Allowances:
   Federal:    9,$20 Additional Tax

**MICHAEL T SMITH**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 6,585.00 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 6,765.00 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -20.00 | 541.59 |
| | Social Security Tax | | -22.32 | 419.43 |
| | Medicare Tax | | -5.22 | 98.09 |
| | SC State Income Tax | | -38.91 | 590.41 |
| | **Other** | | | |
| | Insurance | | -0.60 | 12.00 |
| | **Net Pay** | | **$272.95** | |
| | Checking | | -272.95 | |
| | **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $360.00

## Additional Tax Withholding Information

Taxable Marital Status:
  SC:       Single
Exemptions/Allowances:
  SC:       0,$20 Additional Tax

© 1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number:    00000210076
Pay date:    05/25/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL T SMITH | xxxxxx4511 | xxxx xxxx | $272.95 |

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Earnings Statement**

**ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 02/25/2017 |
| Period Ending: | 03/03/2017 |
| Pay Date: | 03/09/2017 |

Taxable Marital Status:
Federal:      Married

**MICHAEL T SMITH**

Exemptions/Allowances:
Federal:      9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 2,880.00 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 3,060.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 321.59 |
| | Social Security Tax | -22.32 | 189.72 |
| | Medicare Tax | -5.22 | 44.37 |
| | SC State Income Tax | -38.91 | 178.92 |
| | **Other** | | |
| | Insurance | -0.60 | 5.40 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 0 TO 9.

**Additional Tax Withholding Information**
Taxable Marital Status:
SC:      Single
Exemptions/Allowances:
SC:      0,$20 Additional Tax

Your federal taxable wages this period are $360.00

© 1999, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Advice number: | 00000100078 |
| Pay date: | 03/09/2017 |

Deposited to the account of
MICHAEL T SMITH

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX4511 | XXXX XXXX | $272.95 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date:  September 1, 2017
Claim Number:

0024380 00024380          1 AB  0.403 0825M1RST1PI T56 P3
MICHAEL T SMITH
1040 AUBREY LN
UNIT 103
FORT MILL SC 29708-0147

We are writing to you about a change in your payment amount.  The chart below shows how we will withhold overpaid Social Security benefits paid to you.

| Month(s) | Amount you will receive | Amount withheld | Balance you owe |
|---|---|---|---|
| 09/17 | $702.00 | $907.00 | $0.00 |
| 10/17 | $1,518.30 | $0.00 | $0.00 |

If you pay Medicare premiums or health plan premiums, they have been deducted from the amount shown under the heading "Amount you will receive."

## What We Will Pay And When

You will receive $702.00 for September 2017 in October 2017.

After that, you will receive $1,518.30 on or about the third Wednesday of each month.

As requested, we are deducting money from your benefits for voluntary federal tax withholding.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).



C

See Next Page

# Social Security Administration

Date: October 22, 2017
Claim Number

MARY T SMITH
1040 AUBREY LANE
UNIT 103
FORT MILL SC 29708-0147

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2016, the full monthly Social Security benefit before any deductions is $983.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $983.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2014 to November 2016, the full monthly Social Security benefit before any deductions was $981.00.

We deducted $0.00 for medical insurance premiums each month.

| QUARTERLY STATEMENT | | ELECTRONIC FUND PAYMENT/DIRECT DEPOSIT |



NYC EMPLOYEES' RETIRE SYSTEM
30-30 47TH AVENUE, 10TH FLOOR
LONG ISLAND CITY NY 11101
TELEPHONE: (347)643-3000
www.nycers.org

0119475
MICHAEL T SMITH
APT # 103
1040 AUBREY LANE
FORT MILL SC 29708

| AGENCY: 504 NYC EMPLOYEES' RETIRE SYSTEM | PENSION KEY: N-391763-0 | | |
|---|---|---|---|
| STATEMENT PERIOD: 07/01/2017 TO 09/30/2017 | FEDERAL WITHHOLDING | EXEMPTIONS | |
| DATE PRINTED: 09/28/2017 | MARRIED | 02 | |

| PAYMENTS | JULY | AUGUST | SEPTEMBER | YEAR TO DATE |
|---|---|---|---|---|
| GROSS | 1476.80 | 1476.80 | 1476.80 | 13291.20 |
| PENSION1 | 1476.80 | 1476.80 | 1476.80 | |

| DEDUCTIONS | JULY | AUGUST | SEPTEMBER | YEAR TO DATE |
|---|---|---|---|---|
| FEDERAL TAX | 28.10 | 28.10 | 28.10 | 172.90 |
| GHI-CBP (EMPLOYEE) | 13.89 | 13.89 | 13.89 | |

| TOTAL DEDUCTIONS | 41.99 | 41.99 | 41.99 | |
|---|---|---|---|---|
| NET PAY | 1434.81 | 1434.81 | 1434.81 | |
| ABA NUMBER: | 026013673 | 026013673 | 026013673 | |
| BANK ACCOUNT NUMBER: | *****4511 | *****4511 | *****4511 | |

* PLEASE CONTACT YOUR PENSION SYSTEM BEFORE CHANGING BANK OR ACCOUNT NUMBER.

**Earnings Statement** **ADP**

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

| | |
|---|---|
| Period Beginning: | 10/21/2017 |
| Period Ending: | 10/27/2017 |
| Pay Date: | 11/02/2017 |

Taxable Marital Status:
Federal:        Married

**MICHAEL T SMITH**

Exemptions/Allowances:
Federal:        9,$20 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 24.00 | 360.00 | 14,062.50 |
| Holiday | | | | 180.00 |
| **Gross Pay** | | | **$360.00** | 14,242.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 961.59 |
| | Social Security Tax | -22.32 | 883.04 |
| | Medicare Tax | -5.22 | 206.52 |
| | SC State Income Tax | -38.91 | 1,401.92 |
| | **Other** | | |
| | Insurance | -0.60 | 24.60 |
| | **Net Pay** | **$272.95** | |
| | Checking | -272.95 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $360.00

**Additional Tax Withholding Information**
Taxable Marital Status:
SC:        Single
Exemptions/Allowances:
SC:        0,$20 Additional Tax

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2000 ADP LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUPERIOR WASHER & GASKET CORP.
170 ADAMS AVE., P.O. BOX 407
HAUPPAUGE, NY 11788
CO PH NUMBER 631-273-8282

Advice number:        00000440078
Pay date:        11/02/2017

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL T SMITH | xxxxxx4511 | xxxx xxxx | $272.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT   ■